**E-FILED 04-20-10**
**JS-6**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Anshu Pathak* | NO. CV 09-8287-GHK (DTBx) |
| Plaintiff, | |
| v. | FED. R. CIV. P. 54(b) JUDGMENT |
| *United States of America, et al.* | |
| Defendants. | |

    The Court finds no just reason to delay the entry of judgment, and hereby expressly directs the entry of judgment, in favor of Defendants Freund & Brackey LLP, Jonathan D. Freund, Craig Huber, and Thomas A. Brackey II (collectively, "Freund & Brackey Defendants"), and Defendants Omaha Steaks International Inc., Bruce A. Simon, Alan D. Simon, Frederick J. Simon, Todd D. Simon, and David L. Hershiser (collectively, "Omaha Steaks Defendants") pursuant to Federal Rule of Civil Procedure 54(b). Accordingly, IT IS HEREBY **ADJUDGED** THAT:

    (1) Based on our March 16, 2010 Order granting the Freund & Brackey

Defendants' Special Motion to Strike Plaintiff Anshu Pathak's ("Plaintiff") Complaint, Plaintiff's claims are **DISMISSED WITH PREJUDICE** with respect to the Freund & Brackey Defendants.

(2) Based on our March 22, 2010 Order granting the Omaha Steaks Defendants' Motion to Dismiss Plaintiff's Complaint, Plaintiff's claims are **DISMISSED WITH PREJUDICE** with respect to the Omaha Steaks Defendants.

**IT IS SO ORDERED**.

DATED: April 20, 2010

_____
GEORGE H. KING
United States District Judge

2