JS6

FILED
CLERK, U.S. DISTRICT COURT

NOV 2 4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| *Anshu Pathak* | ) | NO. CV 09-8287-GHK (DTBx) |
|---|---|---|
| **Plaintiff,** | ) | |
| v. | ) | **JUDGMENT** |
| *United States of America, et al.* | ) | |
| **Defendants.** | ) | |

Based on our April 20, 2010 Order dismissing Defendant United States of America for failure to prosecute, **IT IS HEREBY ADJUDGED** that Plaintiff Anshu Pathak's ("Plaintiff") claims are **DISMISSED WITHOUT PREJUDICE** with respect to Defendant United States of America. Based on our November 24, 2010 Order dismissing the remaining Defendant NameMedia, Inc. for failure to prosecute, **IT IS HEREBY ADJUDGED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** with respect to Defendant NameMedia, Inc.

**IT IS SO ORDERED.**

DATED: November 24, 2010

_____
GEORGE H. KING
United States District Judge